NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KYLE HOSEY,                          )
                                     )
            Petitioner,              )
                                     )
v.                                   )      Case No. 2D13-5061
                                     )
DEPARTMENT OF HIGHWAY                 )
SAFETY AND MOTOR VEHICLES,           )
                                     )
            Respondent.              )
_____ )

Opinion filed August 29, 2014.

Petition for Writ of Certiorari to the
Circuit Court for Hillsborough County;
William P. Levens, Judge.

Eilam Isaak, Tampa, for Petitioner.

Stephen D. Hurm, General Counsel, and
Judson M. Chapman, Senior Assistant
General Counsel, Department of
Highway Safety & Motor Vehicles,
Pinellas Park, for Respondent.


NORTHCUTT, Judge.

        Kyle Hosey suffered a six-month suspension of his driver's license, which

he unsuccessfully challenged in an administrative hearing.  On appeal, the circuit court

reversed the suspension.  Hosey now seeks a writ of certiorari to quash the portion of

the circuit court's decision that remanded for additional administrative proceedings.  As

explained in <u>Forth v. Department of Highway Safety & Motor Vehicles</u>, 39 Fla. L. Weekly D1352 (Fla. 2d DCA June 27, 2014), the validity of the suspension has been rendered moot by the expiration of the six-month term.  <u>See</u> <u>McLaughlin v. Dep't of Highway Safety & Motor Vehicles</u>, 128 So. 3d 815 (Fla. 2d DCA 2012).

Petition granted.


SILBERMAN and BLACK, JJ., Concur.